K. RYAN HELMICK, ESQ.
Nevada Bar No. 12769
Law Office of Ryan Helmick & Associates, P.C.
6830 S. Rainbow Blvd Suite 200-A
Las Vegas, NV 89118
Phone (702) 435-6425
Email: info@thedefensefirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL LEWIS,<br><br>  Defendant. | Case No.: 2:22-MJ-00845-DJA<br><br>STIPULATION TO CLOSE CASE |

IT IS HEREBY STIPULATED AND AGREED, by and between Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Kirk Ryan Helmick, counsel for defendant MICHAEL LEWIS, that the case in the above-captioned matter, currently scheduled for October 6, 2023, at the hour of 11:30 a.m., be closed and the hearing be vacated.

This stipulation is entered into for the following reasons:

1. Defendant has completed all the necessary requirements.

DATED this __5__ day of __October__, 2023.

/s/ Imani Dixon
Imani Dixon, ESQ
Assistant United States Attorney

K. Ryan Helmick, ESQ
Attorney for Defendant

1

1  K. RYAN HELMICK, ESQ.
   Nevada Bar No. 12769
2  Law Office of Ryan Helmick & Associates, P.C.
   6830 S. Rainbow Blvd Suite 200-A
3  Las Vegas, NV 89118
   Phone (702) 435-6425
4  Email: info@thedefensefirm.com

5

6                       UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
7

8  UNITED STATES OF AMERICA,           )   Case No: 2:22-MJ-00845-DJA
                                        )
9              Plaintiff,               )
                                        )   ORDER TO CLOSE CASE
10       vs.                            )
                                        )
11 MICHAEL LEWIS,                       )
                                        )
12             Defendant.               )
                                        )

13     Based on the pending stipulation of counsel, and good cause appearing therefore, the court
14 hereby finds that:

15     IT IS HEREBY ORDERED that the status chk  the above-captioned matter currently
16 scheduled for October 6, 2023, at the hour of 11:30 a.m., be vacated and the case be closed.

17

18
                    DATED this  5th         day of October, 2023
19

20                                              [signature]

21
                                            _____
22                                          DANIEL J. ALBREGTS
                                            United States Magistrate Judge
23

24

                                          2